Harold BIBEAU; Melanie Ann Dooyen Bibeau, on their own and as Representatives of Classes of Similarly Situated Persons, Plaintiffs–Appellants,

v.

PACIFIC NORTHWEST RESEARCH FOUNDATION INCORPORATED, a Washington corporation; Battelle Pacific Northwest Laboratories; Battelle Memorial Institute, Incorporated, an Ohio Corporation; Mavis Rowley; Daniel Diiaconi, Doctor in his Individual and Former Official Capacity; Fernando Leon, Doctor in his Individual and Former Official Capacity; Robert E. Wildman, in His Individual and Former Official Capacity; John Randolph Totter, in His

---

Individual and Former Official Capacity; James Leslie Liverman, in His Individual and Former Official Capacity; United States of America, Defendants–Appellees.

No. 97–35825.

United States Court of Appeals,
Ninth Circuit.

April 12, 2000

Before: WALLACE and KOZINSKI, Circuit Judges, and EZRA,* District Judge.

## ORDER

The petition for rehearing is denied.

The third sentence of Footnote 1 of the opinion filed on August 19, 1999 is amended to read as follows:

"We do not address whether this or any other harm Bibeau claims to have suffered amounts to a cognizable injury under Bibeau's various state and federal law theories."